# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| JOHN MOORE, | |
| Plaintiff, | Civil Action No.: |
| | 1:21-cv-04946-WMR |
| v. | |
| | JURY TRIAL DEMANDED |
| SOTERIA PROTECTION, LLC, | |
| Defendant. | |

## ORDER

Upon application of the parties and upon review of the private settlement agreed to by the parties in this action, the Court has reviewed this matter and concludes that the terms of the settlement agreement are the product of arm's length bargaining of qualified counsel and are fair, adequate and reasonable. This Court thereby orders that the settlement, as set forth in the parties' motion for settlement approval [DE 19] is approved and this action shall be dismissed, with prejudice, upon the parties filing of the dismissal. The Court shall retain jurisdiction to enforce the terms of the settlement. The Clerk shall administratively terminate this case.

SO ORDERED this 19th day of July 2022.

_____
WILLIAM M. RAY, II
UNITED STATES DISTRICT JUDGE